dissents on the ground that the plaintiff's own testimony indicates that he did not regard the defendant's treatment as a discharge.

BUNDICK, Respondent, v. STRAUSS. Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Action by William H. Bundick against Julius H. Strauss. No opinion. Motion to resettle order granted, and order signed.

BURNHAM, Respondent, v. DENIKE, Respondent (MESNIER, Appellant). (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Elizabeth A. Burnham against Abraham Denike, impleaded with others. Emil Mesnier appeals.

PER CURIAM. Motions to dismiss appeal granted, unless the appellant cause the appeal papers to be served within 10 days, and bring the case on for argument at the next term, beginning on May 28, 1900.

BUSH v. COLER. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by Irving T. Bush against Bird S. Coler. No opinion. Motion denied, with $10 costs. See 53 N. Y. Supp. 679.

CAREY, Respondent, v. BALDWIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1899.) Action by William Carey against Henry K. Baldwin and others. No opinion. Judgment and order affirmed, with costs.

CARR, Appellant, v. IVES et al., Respondents. (Supreme Court, Appellate Division, First Department. November Term, 1899.) Action by George W. Carr, as receiver, etc., of Martha A. Ives, against Martha A. Ives and another. No opinion. Judgment affirmed, with costs.

CERIO v. FARMERS' LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by George Cerio against the Farmers' Loan & Trust Company. No opinion. Motion denied.

CHRISTIAN FEIGENSPAN, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Action by the Christian Feigenspan, a corporation, against Patrick O'Brien. No opinion. Judgment of the municipal court affirmed, on argument, with costs.

CITY OF YONKERS, Respondent, v. YONKERS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1900.) Action by the city of Yonkers against the Yonkers Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

CLARK, Respondent, v. CONKLIN, Appellant. (Supreme Court, Appellate Term. April 16, 1900.) Action by one Clark against one Conklin. From the judgment rendered, defendant appeals. Reversed. T. Davis, for appellant. S. I. Ferguson, for respondent.

PER CURIAM. As the record does not show that the defendant was a resident of the city of New York, the jurisdictional facts do not appear, and the judgment must accordingly be reversed. Willis v. Parker (Sup.; March 5, 1900) 62 N. Y. Supp. 1078. Judgment reversed, and new trial ordered, without costs.

CLARK, Respondent, v. DAWSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 12, 1900.) Action by Orlo R. Clark against William E. Dawson. No opinion. Judgment affirmed, with costs.

CODDINGTON, Appellant, v. DUFFY, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1900.) Action by Charles E. Coddington against John Duffy. A. B. Cruikshank, for appellant. J. E. Cady, for respondent. No opinion. Judgment affirmed, with costs.

COHEN, Respondent, v. HOLTZER, Appellant. (City Court of New York, General Term. May 28, 1900.) Action by Morris Cohen against Max Holtzer. From an order of reference in favor of plaintiff, defendant appeals. Reversed. Ignace I. Apfel, for appellant. Max Altmayer, for respondent.

PER CURIAM. Order of reference appealed from is reversed, with costs and disbursements, and the motion for a reference, etc., is denied, without costs.

In re COLONIAL PARK. In re STROUSE. (Supreme Court, Appellate Division, First Department. April 12, 1900.) In the matter of Colonial Park. In the matter of one Strouse. No opinion. Motion granted to extent stated in memorandum.

COONRAD, Plaintiff, v. MARRIOTT et al., Defendants. (Supreme Court, Special Term, Oneida County. September, 1899.) Action to compel specific performance of contract for sale of certain premises made by defendant Marriott with plaintiff. H. S. Willison and D. F. Searle, for plaintiff. J. S. Baker, for defendants.

HISCOCK, J. Plaintiff's complaint is dismissed, without costs, on the ground that the contract of sale given by defendant Marriott to the plaintiff, Coonrad, was not of such a fair, just, and equitable character as will be specifically enforced by a court of equity. Seymour v. Delancey, 6 Johns. Ch. 222; Margraf v. Muir, 57 N. Y. 158; Sherman v. Wright, 49 N. Y. 227. Complaint dismissed, without costs.

CORN, Respondent, v. MESNIER, Appellant. (Supreme Court, Appellate Term. May 1, 1900.) Action by Henry Corn against Emil Mesnier. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Abraham Levy, for appellant. Lachman & Goldsmith, for respondent.

PER CURIAM. There was enough evidence to warrant a finding of the relationship of landlord and tenant, for rent had been paid to the petitioner up to December 1st. The petition was sufficient to require the justice to issue the precept. The appeal is without merit. The judgment is affirmed, with costs.